**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2189**

DAYYAN ATTA BEY EX REL DERICK SEALEY, an individual,

Plaintiff - Appellant,

v.

MICHAELA BASS, an individual,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, District Judge.  (4:15-cv-00091-MSD-LRL)

Submitted:  March 29, 2016          Decided:  March 31, 2016

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dayyan Atta Bey ex rel Derick Sealey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dayyan Atta Bey appeals the district court's order dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). In his complaint, Bey sought relief under 42 U.S.C. § 1983 (2012), and other causes of action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bey v. Bass, No. 4:15-cv-00091-MSD-LRL (E.D. Va. Sept. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED